# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| VICTORIA EALOM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:12-cv-00281 |
| v. ) | |
| ) | Judge Nixon |
| GENERAL COUNCIL ON FINANCE AND ) | Magistrate Judge Griffin |
| ADMINISTRATION OF THE UNITED ) | |
| METHODIST CHURCH, ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## ORDER

Trial in this matter is currently scheduled to begin on January 21, 2014. Due to a conflict with trial in a criminal matter scheduled to begin on that date, the Court hereby **CONTINUES** trial in this matter to **Tuesday, April 15, 2014, at 9:00 a.m.** The pretrial conference is **CONTINUED** to **Friday, March 21, 2014, at 10:00 a.m.**

It is so ORDERED.

Entered this the 6th day of January, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT