IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

VICTORIA EALOM a/k/a Vickie Ealom )
) No. 3-12-0281
v. )
)
GENERAL COUNCIL ON FINANCE )
AND ADMINISTRATION OF THE )
UNITED METHODIST CHURCH )

O R D E R

Pursuant to the order entered December 27, 2013 (Docket Entry No. 64), counsel for the parties convened a telephone conference call with the Court on January 7, 2014, and additional telephone calls took place with counsel for the parties and the Court on January 7, 2014, and January 8, 2014, at the conclusion of which the parties were able to reach a resolution of the case.

As a result, as reflected in the order entered January 9, 2014 (Docket Entry No. 82), the settlement conference scheduled by the orders entered December 27, 2013 (Docket Entry Nos. 64-65), before Magistrate Judge Knowles on January 9, 2014, was cancelled.

Also as a result, the defendant's motion for summary judgment (Docket Entry No. 39), and the parties' motions in limine (Docket Entry Nos. 55-60, and 62), and the defendant's motion to continue the rescheduled trial (Docket Entry No. 81) are rendered MOOT, and the Clerk is directed to terminate all of those motions as pending.[1]

By no later than January 31, 2014, the parties shall file an agreed order or stipulation of dismissal.

Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the undersigned Magistrate Judge in this case.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] By order entered January 6, 2014 (Docket Entry No. 80), the pretrial conference and trial were rescheduled to March 21, 2014, and April 15, 2014, respectively.